IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK MORTON, #230 027, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:18-CV-33-WHA |
| | ) [WO] |
| PRESIDENT DONALD TRUMP, *et al.*, | ) |
| Defendants. | ) |

## **OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on June 29, 2018. Doc. 18. There being no timely objection filed to the Recommendation, and after an independent review of the record, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for the failure of Plaintiff to file an amended complaint as ordered by this court.

A separate final judgment will be entered.

Done, this 30th day of July 2018.

      /s/ W. Harold Albritton
      SENIOR UNITED STATES DISTRICT JUDGE